**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>MARK ONE CORPORATION,<br><br>                Debtor. | Case No. 16-90603-E-7<br>Docket Control No. HSM-4 |

**ORDER GRANTING MOTION TO SELL PROPERTY**

The Motion to Sell Property filed by Irma C. Edmonds, the Chapter 7 Trustee, having been presented to the court; Findings of Fact and Conclusions of Law being stated in the Civil Minutes for the hearing; upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that Irma C. Edmonds, the Chapter 7 Trustee, is authorized to sell pursuant to 11 U.S.C. § 363(b) to John Sims as Trustee for the G & M Baker 1994 Trust or nominee ("Buyer"), the property commonly known as the remnant assets of the estate, including known or unknown assets and claims ("Property") subject to any liens, claims, interests, or encumbrances thereon, on the following terms:

    A.    The Property shall be sold to Buyer for $5,000.00, on the terms and conditions set forth in the Purchase Agreement, Exhibit A, Dckt. 128, and as further provided in this Order.

    B.    The sale proceeds shall first be applied to closing costs, other customary and contractual costs and expenses incurred to effectuate the sale.

///

1  C. The Chapter 7 Trustee is authorized to execute any and all documents reasonably
2  necessary to effectuate the sale.
3  **IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal
4  Rule of Bankruptcy Procedure 6004(h) is not waived for cause.

5  **Dated:** September 10, 2018      **By the Court**

        */s/ Ronald H. Sargis*
        Ronald H. Sargis, Judge
        United States Bankruptcy Court

2

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| Howard S. Nevins<br>2150 River Plaza Drive, Ste. 450<br>Sacramento, CA 95833 | |